```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12668
    LEONEL A FLORIAN
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-2986
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 07/16/07 and confirmed on 11/09/07.

   2. The case was dismissed after confirmation, 10/03/2008.

   3. The Debtor paid a total of $    900.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| VERMILLION COUNTY TREASU | SECURED | 600.00 | .00 | .00 |
| MBNA CACV OF COLORADO | UNSECURED | NOT FILED | .00 | .00 |
| 480 S RIVER RD DESPLAINE | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6090.67 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 120.31 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 6244.23 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 846.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5739.56 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 174.76 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 600.00 | .00 | 19215.53 | .00 | 19815.53 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, RICHARD E SEXNER           , was allowed $   3500.00
and was paid $    593.00  direct and $    854.30  through the plan.

The Trustee received $     45.70 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 12668 LEONEL A FLORIAN